USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2025

U.S. Department

United States A...
Southern Distri...

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2025

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *United States v. Abhijeet Singh et al.*, 24 Cr. 46 (AT)

Dear Judge Torres:

      The parties respectfully submit this joint letter regarding case status as to defendant Abhijeet Singh. The defendant will be entering a change of plea and asks that a hearing date be scheduled for mid-February 2025.

      With the defense's consent, the Government requests exclusion of time under the Speedy Trial Act until the scheduled change-of-plea hearing date. The ends of justice served by excluding such time outweigh the interests of the public and defendants in a speedy trial because the additional time will enable the parties to finalize a pretrial resolution in this matter.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Jane Y. Chong
      Assistant United States Attorney
      (917) 763-3172

By CM/ECF: Dennis Lemke, Esq.

The Court will hold a change-of-plea hearing for Defendant Abhijeet Singh on **February 10, 2025**, at 1**1:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Time through February 10, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interest of the public and Defendant in a speedy trial in that this adjournment will allow the parties to finalize a pretrial resolution in this matter.

SO ORDERED.

Dated: January 21, 2025
      New York, New York

ANALISA TORRES
United States District Judge