

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/7/2025___

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2025

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Abhijeet Singh et al.*, 24 Cr. 46 (AT)

Dear Judge Torres:

    The parties respectfully submit this joint letter requesting a three-week adjournment of the defendant Abhijeet Singh's change-of-plea hearing, currently scheduled to take place on February 10, 2025. The adjournment is being requested in light of potential adjustments to the parties' calculation of the appropriate restitution in this case. The parties apologize for not more timely identifying the issue and requesting the adjournment.

    With the defense's consent, the Government requests exclusion of time under the Speedy Trial Act until the scheduled change-of-plea hearing date. The ends of justice served by excluding such time outweigh the interests of the public and defendants in a speedy trial because the additional time will enable the parties to finalize a pretrial resolution in this matter.

                             Respectfully submitted,

                             DANIELLE R. SASSOON
                           United States Attorney

by:  _____
      Jane Y. Chong
      Assistant United States Attorney
      (917) 763-3172

GRANTED. The change-of-plea hearing scheduled for February 10, 2025, is ADJOURNED to **March 3, 2025**, at **2:00 p.m.** Time through March 3, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interest of the public and Defendant in a speedy trial in that this adjournment will allow the parties to finalize a pretrial resolution in this matter.

SO ORDERED.

Dated: February 7, 2025
       New York, New York

                             _____
                             ANALISA TORRES
                           United States District Judge