```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

24 Cr. 46 (AT)

SANDEEP GROVER and ABHIJEET SINGH,

**ORDER**

Defendants.

ANALISA TORRES, District Judge:

    Defendants' change-of-plea hearings shall be held jointly.  Accordingly, Defendant Sandeep Grover's hearing is RESCHEDULED to **March 3, 2025**, at **2:00 p.m.**

    SO ORDERED.

Dated: February 27, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge