

U.S. Department

United States Attorney
Southern District

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/15/2025
```

*The Jacob K. Javits F*
*26 Federal Plaza*
*New York, New York 10278*

September 12, 2025

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Sandeep Grover and Abhijeet Singh.*, 24 Cr. 46 (AT)

Dear Judge Torres:

    The parties submit this joint letter to advise the Court about the status of forfeiture and restitution discussions. The parties are still conferring about defendant Sandeep Grover's objections to the forfeiture and restitution numbers set forth in the plea agreement and request 30 days to resolve these discussions.

                                  Respectfully submitted,

                                    JAY CLAYTON
                                  United States Attorney

             by:  _____
                        Jane Y. Chong
                        Assistant United States Attorney
                        (917) 763-3172

By CM/ECF:  Vinoo Varghese, Esq.
                    Dennis Lemke, Esq.

GRANTED. The parties shall file a joint update as to forfeiture and restitution by **October 8, 2025**.

SO ORDERED.

Dated:  September 15, 2025
       New York, New York

                                          _____
                                          ANALISA TORRES
                                          United States District Judge